**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| Elizabeth Barnes, Robert Hodge, Jackie Spears f/k/a Holbrook, and John Wright on behalf of Plaintiffs and all others similarly situated, | ) ) ) ) ) ) | **Civil Action No: 1:21-cv-02095-TWP-DLP** |
| Plaintiff, | ) ) | **Acknowledged** |
| vs. | ) ) | TWP |
| | ) | April 5, 2022 |
| PORTFOLIO RECOVERY ASSOCIATES, L.L.C., | ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION OF DISMISSAL**

Plaintiffs Elizabeth Barnes, Robert Hodge, Jackie Spears f/k/a Holbrook, and John Wright ("Plaintiffs"), and Defendant Portfolio Recovery Associates, LLC ("Defendant") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiffs' individual claims against Defendant with prejudice and without costs. Plaintiffs dismiss their class claims against Defendant without prejudice and without costs.

Dated: April 4, 2022                                   Respectfully submitted,

/s/ Tom Irons
Richard J. Shea
rshea@sawinlaw.com
Tom Irons
tirons@sawinlaw.com
Sawin & Shea, LLC
6100 N. Keystone Ave.
Suite 620
Indianapolis, IN 46220
317-255-2600

Anthony P. Chester
tony@kazlg.com
Kazerouni Law Group, APC

/s/ Amy Starinieri Gilbert
David L. Hartsell
dhartsell@mcguirewoods.com
Amy Starinieri Gilbert
agilbert@mcguirewoods.com
McGuire Woods LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
(312) 849-8100

*Counsel for Defendant Portfolio Recovery*

120 S. 6th St.                                          *Associates, LLC*
Suite 2050
Minneapolis, MN 55402
952-225-5333

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 4, 2022, I caused a true and correct copy of the foregoing to be filed electronically with the Court's CM/ECF system, which will send notice to all counsel of record.

/s/ *Amy Starinieri Gilbert*
Amy Starinieri Gilbert